**SO ORDERED,**

*/s/ Katharine M. Samson*

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: October 10, 2018

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   ROBERT JOELY WHITE                     CASE NO. 18-50385-KMS

DEBTOR                                          CHAPTER 13

### ORDER DENYING RECONSIDERATION AND OTHER REQUESTED RELIEF

By motion filed October 9, 2018, (ECF No. 133) Debtor Robert Joely White seeks reconsideration of the Opinion and Order Granting Motion for Relief from Stay (ECF No. 131) and extension of the fourteen-day period in which he may convert this case to another chapter, that period to expire October 11, 2018, *see* ECF No. 129.

Reconsideration is **ORDERED DENIED**, and

**FURTHER ORDERED** that to the extent court action would be required for the other relief prayed for in the motion, those requests are also **DENIED**.

*##END OF ORDER##*